TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00374-CV

Lissa P. Lucas, D.V.M., Appellant

v.

Texas State Board of Veterinary Medical Examiners, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 97-09766, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a "Notice of Withdrawal of Notice of Appeal" stating that she
no longer wishes to pursue an appeal from the final order in trial court cause number 97-09766. 
The motion has been on file for ten days without opposition. See Tex. R. App. P. 10.3(a). 
Accordingly, we grant appellant's motion and dismiss the appeal. See Tex. R. App. P.
42.1(a)(2).

Before Justices Powers, Kidd and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: August 31, 1998 

Do Not Publish